**Exhibit A to the Complaint**

**Location:** Richmond, CA  **IP Address:** 107.131.78.89
**Total Works Infringed:** 26  **ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: ADFA26E7470F2DEC965C40F25B254A202903E449<br>File Hash:<br>055A2F5CC43319D331AB42B2C7B37A03112108A5C93F826898D29ED5E5CC324D | 01/11/2024 23:50:48 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 2 | Info Hash: BDC71430D207E8DD29A191315353FB0A71FE535E<br>File Hash:<br>F44CE132DCC7967B8C5F98D5930F88CF9D01CDADF3A9FE511765F8EE9184DE3C | 01/11/2024 23:46:50 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 3 | Info Hash: E2F1FA105740A79E1F6760EE543771E399E7BC7E<br>File Hash:<br>B88DFB3FDC07345DDEF49F2E5FC5186217B958DD277E6770897F00934D014812 | 01/11/2024 23:45:50 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 4 | Info Hash: 9B28A88C9D906C8A1FD82FC58C904B89B49D649C<br>File Hash:<br>4DDA8B4A98861A4DD3A9B837DA32A4D83498464044009B50949A977415C52D7E | 01/08/2024 22:49:46 | Blacked Raw | 06/27/2022 | 07/22/2022 | PA0002359465 |
| 5 | Info Hash: C9909D0CCD845C924F3574A3EE9BA8F4C76F165D<br>File Hash:<br>5CF0C6FF5870E105611E977DA2BCFA5FCA318453B7AB108AEC638AD4584ABF60 | 06/20/2023 18:48:19 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 6 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash:<br>2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 04/05/2023 00:09:09 | Blacked Raw | 09/06/2021 | 09/21/2021 | PA0002312674 |
| 7 | Info Hash: C178360E9001864577D735A72C3488992E2E9773<br>File Hash:<br>178C86A26226706FB67AF6F3BA178181A886B54655CA2C0F673A8F93F1AF7427 | 03/15/2023 00:29:01 | Slayed | 03/22/2022 | 04/21/2022 | PA0002353052 |
| 8 | Info Hash: 13CF4D7DEA556EEB7D06BEC1F4CDD68D9120FD60<br>File Hash:<br>6E197A2A144C50D89DF75945AD1DB96E5AF4ADA6878DC8A89DDD35F77BEAEE83 | 01/31/2023 22:53:02 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 9 | Info Hash: 22A9E8CA9EE8E1551B57AA1BDF11553DE20C2B74<br>File Hash:<br>3162F04E1174334945C1C355A2592C4EA75A9560CF2530E253ED4D18A2F35A47 | 01/04/2023 05:40:00 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 10 | Info Hash: B4E2293F2A6FCBF9F8318D9EB92E0335F7291A3A<br>File Hash:<br>9A0796D14BA544A20EF62FC54DB22C7706B87EAD1028E4A992A5A6085D79B83E | 11/10/2022 22:23:38 | Slayed | 03/01/2022 | 03/04/2022 | PA0002345786 |
| 11 | Info Hash: 97034278B4AE0281DFA31CB3DC5D5A0943B18F5F<br>File Hash:<br>919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09/21/2022 23:30:33 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 17A0D336F22F368FEA7918A61CCEB313F4EE2684<br>File Hash:<br>9656E30938CD3ADD6991E9886042A1A456B81BF8B7E98BB9798ACAE5AFF03E38 | 09/21/2022<br>22:37:36 | Blacked | 04/30/2022 | 05/20/2022 | PA0002350385 |
| 13 | Info Hash: 043224958D2CCCE410C8A057A1D48992FEC6351B<br>File Hash:<br>42B1720CC0A71D34C95F141CC6BF8A3ECB28164A77584ADA2D957B0036FA0C20 | 09/21/2022<br>22:31:46 | Blacked Raw | 02/28/2022 | 03/29/2022 | PA0002342857 |
| 14 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash:<br>D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 09/21/2022<br>22:09:27 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 15 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash:<br>EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 08/08/2022<br>23:36:34 | Blacked Raw | 07/11/2022 | 07/22/2022 | PA0002359473 |
| 16 | Info Hash: A78E6F607ADB14DAD976A0E9AECAA0623AB8BC34<br>File Hash:<br>8ED9E28D903E58615C12E5509656EAF3D324C642A2369470DB5887A3DB6E988E | 06/22/2022<br>01:32:21 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 17 | Info Hash: 48FC851FEDE158FA68466F2C2EC15D57A24CE18A<br>File Hash:<br>12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 06/22/2022<br>01:27:23 | Blacked Raw | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 18 | Info Hash: 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75<br>File Hash:<br>BC3B31B3647AE5C82A35A0142199F2969DE0DAF9966BA26F68E8D6E2E2FB9748 | 06/22/2022<br>01:22:18 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 19 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash:<br>79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 06/21/2022<br>21:03:50 | Tushy | 02/21/2021 | 03/08/2021 | PA0002280370 |
| 20 | Info Hash: B69BF5B650F1ABF419E907FD8D52BDCE9C2A4187<br>File Hash:<br>3FA25930916E2643986F94CF66312ECB7A8B3D56DCAD8EE77945F3F70CEC6866 | 06/21/2022<br>20:59:14 | Slayed | 11/04/2021 | 12/03/2021 | PA0002333371 |
| 21 | Info Hash: 8A0AD15F64A575E50880997A5E07D666C08F5B71<br>File Hash:<br>2CD85C89BBA71F38B65264874C9A719B6DB6C00A33AB0EB82EBCE46619483244 | 06/21/2022<br>20:58:57 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 22 | Info Hash: 5E3EE3C04A734916F44384558A7B5A5CD86D22A9<br>File Hash:<br>662626198753F06CE5869D75C00627A6BDF01C532494F46913512AB350149ED1 | 06/21/2022<br>20:57:14 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 23 | Info Hash: 91715251BBA1712249DAB7C6494CAA8725A810F1<br>File Hash:<br>9AD951E60F2F01CF94148BD5E3535BC08829AE4B53E5B9B802D6A9949CC883AF | 06/21/2022<br>20:55:23 | Slayed | 08/05/2021 | 09/08/2021 | PA0002316094 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3F1E4F5B33AD60766F9B6E48F7B1F01966C7953D<br>File Hash: 1834710524F74EC2B9A45E00D2EEE8343131B7FB1A25895C7F9AC9A28393D893 | 06/21/2022 17:19:11 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 25 | Info Hash: 334F0EDBDBCD7A7C95E2E84B924FADB7EDED1C12<br>File Hash: 200AB79B6E76C7EAE3913EE544D806CA5B66F70C11AF079BB6614A9D21E360CE | 01/13/2022 21:36:34 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 26 | Info Hash: 2FD0EFDFEFE7386F4F9AA1D894E1C360A5BD4E92<br>File Hash: BD367F059F8BBA5F27E4F499A3DC641F385DE14D45A0D12C7D23187890D2FAB4 | 10/07/2021 04:12:38 | Blacked | 08/19/2021 | 09/30/2021 | PA0002319753 |